Pro Se 14 (INND Rev. 2/20)                                                                                           page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Corey Mattingly,
[You are the PLAINTIFF, print your full name on this line.]

v.

John Galipeau,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-693
[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] John Galipeau  Warden | 5501 South 1100 West Westville IN. 46391 |
| 2 | [Put the names of any other defendants in these boxes.] Kenneth Gann  Assistant Warden | 5501 South 1100 West Westville IN 46391 |
| 3 | Stephen Miller  Sargent | 5501 South 1100 West Westville IN. 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? (3)  will amend

2. What is the name and address of your prison or jail? 5501 South 1100 West  Westville IN. 46391

3. Did the event you are suing about happen there?  ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]



## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. All three defendants named in this complaint violated my civil rights, by failing to protect me at Westville Correctional Facility. I requested to be placed in protective custody and was denied, this has occured more than 3 or 4 times as a result I have been assulted more times than I could remember my back has damage to it I have problems sleeping for fear of getting attacked while I am asleep. I dont feel comfortable in large groups. I have nightmares and flashbacks

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

I begged administration " Mr. Cashin + Sgt. Miller to let me go to P.C. I was told I had to go around the block a few more times.

I've requested copies of all the Protective Custody Requests I filled out and have never gotten a response. I asked for grievances to file about this facility not protecting me and actually making it possible for me to be in danger, be assaulted and possibly loose my life.

I finally after several assaults was placed in Protective Custody this was on 7/20/23.

Pro Se 14 (INND Rev. 2/20)                                                                                                    page 4

5. When did this event happen?
   - ☐ Before I was confined.
   - ☐ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ☐ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☐ No, this event is not grievable at this prison or jail.
   - ☐ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ● Yes, this event was grievable, but I did not file a grievance because I WAS told this EVENT WAS NOT gRiEVAblE

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Compensatory Damages $30,000 per defendant
   Nominal Damages $25,000 per defendant
   Punitive Damages $500,000

[Initial Each Statement]
- _CM_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- _CM_ I will keep a copy of this complaint for my records.
- _CM_ I will promptly notify the court of any change of address.
- _CM_ I WILL NOT send more than one copy of any filing to the court.
- _CM_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- _CM_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on __7_/_21_/20_23_ at _11:00_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Corey Mattingly_                                    _244190_
Signature                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]