# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

COREY MATTINGLY

       Plaintiff

   v.

                                                   Civil Action No. 3:23-cv-693

JOHN GALIPEAU, Warden
KENNETH GANN, Assistant Warden
STEPHEN MILLER, Sargent

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge James T Moody.

DATE: 10/10/2023                        CHANDA J. BERTA, CLERK OF COURT

                                                             by  s/ M. Murray
                                                              *Signature of Clerk or Deputy Clerk*